No. 72–5396.   McBride v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 72–5397.   Linwood et al. v. Board of Education of City of Peoria, School District No. 150.   C. A. 7th Cir.   Certiorari denied.

No. 72–5402.   Tate v. D. C. Transit Co.   Ct. App. D. C.   Certiorari denied. ·

No. 72–5404.   LeBrun v. Cupp, Warden.   C. A. 9th Cir.   Certiorari denied.

No. 72–5410.   Black v. United States.   C. A. 7th Cir.   Certiorari denied.

No. 71–1381.   Caldwell, Warden v. Thornton.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 71–6690.   Keeny v. Swenson, Warden.   C. A. 8th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–326.   Charlton v. United States et al.   C. A. 3d Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–370.   Marcus et al. v. New York.   Ct. App. N. Y.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–398.   WAIT Radio v. Federal Communications Commission.   C. A. D. C. Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–417.   Ware et al. v. Estes, Superintendent, Dallas Public Schools, et al.   C. A. 5th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.